

# Court of Appeals

# First District of Texas

## BILL OF COSTS

No. 01-13-00921-CV

**In Re Commitment of Dennis Ray Stuteville**

NO. 12-12-13060 CV IN THE 435TH DISTRICT COURT OF MONTGOMERY COUNTY

| TYPE OF FEE | CHARGES | PAID/DUE | STATUS | PAID BY |
|---|---|---|---|---|
| MT FEE | $10.00 | 08/14/2014 | NOT PAID | ANT |
| E-TXGOV FEE | $5.00 | 11/15/2013 | NOT PAID | ANT |
| E-TXGOV FEE | $5.00 | 11/15/2013 | E-PAID | ANT |
| MT FEE | $10.00 | 11/15/2013 | NOT PAID | ANT |
| E-TXGOV FEE | $5.00 | 11/08/2013 | E-PAID | APE |
| CLK RECORD | $739.00 | 10/30/2013 | UNKNOWN | ANT |
| RPT RECORD | $2,042.25 | 10/30/2013 | PAID | STA |
| TRANSFER | $175.00 | 09/20/2013 | UNKNOWN | ANT |

**The costs incurred on appeal to the First Court of Appeals Houston, Texas are $2,991.25.**

*Court costs in this case have been taxed in this Court's judgment*

I, **Christopher A. Prine,** Clerk of the Court of Appeals for the First District of Texas, do hereby certify that this is a true statement of the costs of appeal in this case.

**IN TESTIMONY WHEREOF,** witness my hand and the seal of the Court of Appeals for the First District of Texas, this November 13, 2015.

**CHRISTOPHER A. PRINE**
**CLERK OF THE COURT**